UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE
EXTRADITION OF DIEUSEUL JEAN

Hon. Mark Falk, U.S.M.J.

Mag. No. 13-3588

**SEALING ORDER**

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Elizabeth M. Harris, Assistant United States Attorney, appearing), for an order sealing the Complaint and attachments appended thereto, and for good cause shown,

IT IS on this 19th day of March, 2013,

ORDERED that the Complaint and attachments appended thereto be and hereby are sealed until further Order of this Court.

HON. MARK FALK
United States Magistrate Judge