UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __Mark Falk, U.S.M.J.__ |
| v. | MAGISTRATE NO.: __13-3588__ |
| DIEUSEUL JEAN | DATE OF PROCEEDINGS: __March 26, 2013__ |
| | DATE OF ARREST: _____ |

PROCEEDINGS: __Initial Appearance__

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL:  (X) AFPD   __ CJA
( ) WAIVER OF HRG.:   __ PRELIM   __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   __ GUILTY   __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

(X) TEMPORARY COMMITMENT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A
     BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
     ( ) UNSECURED BOND
     ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
     ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.       DATE: _____
( ) DETENTION / BAIL HRG.             DATE: _____
( ) TRIAL:   __ COURT   __ JURY      DATE: _____
( ) SENTENCING                        DATE: _____
(X) OTHER: __Status Conf.__           DATE: __4/18/13 @ 11AM__

APPEARANCES:

AUSA __Elizabeth Harris__

DEFT. COUNSEL __Lorraine Gauli-Rufo__

PROBATION _____

INTERPRETER __Andre Perpignan__
              Language: (French Creole)

Time Commenced: __3:45 pm - 4pm__
Time Terminated: _____
CD No: __ECR__

__Lorraine McNerney__
DEPUTY CLERK