# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Mark Falk, U.S.M.J. |
| v. | MAGISTRATE NO.: 13-3588 |
| DIEUSEUL JEAN | DATE OF PROCEEDINGS: April 15, 2013 |
| | DATE OF ARREST: _____ |

PROCEEDINGS: _____Status Conference_____

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD __ CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) OTHER DEFENDANTS COUNSEL will send a letter to the Court re: WAIVER OR HEARING re: EXTRADITION

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
  ( ) UNSECURED BOND
  ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE: _____
( ) DETENTION / BAIL HRG.    DATE: _____
( ) TRIAL: __ COURT __ JURY    DATE: _____
( ) SENTENCING    DATE: _____
(X) OTHER: STATUS TELE CON.    DATE: Friday - May 17, 2013 @ 11:30 am
AUSA HARRIS SHALL INITIATE THE CONF. CALL.

APPEARANCES:

AUSA _____Elizabeth Harris_____

DEFT. COUNSEL _____Lorraine Gauli-Rufo_____

PROBATION _____

INTERPRETER _____Ginette Cesar_____
Language: (French Creole)

Time Commenced: 11:20 am
Time Terminated: 11:30 am.
CD No: _____ECR_____

_____Lorraine McNerney_____
DEPUTY CLERK