UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE : | Hon. Mark Falk, U.S.M.J. |
| EXTRADITION OF DIEUSEUL JEAN : | |
| : | Mag. No. 13-3588 |
| : | |
| : | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies on this 11th day of June, 2013, true and correct copies of the Government's Extradition Hearing Memorandum in the above-entitled matter were served upon the following person, by electronic mail and by ECF, with courtesy copy by regular mail:

Lorraine S. Gauli-Rufo
Assistant Federal Public Defender
Office of the Federal Public Defender
1002 Broad Street
Newark, New Jersey 07102

PAUL J. FISHMAN
United States Attorney

__/s/ Elizabeth M. Harris_____
ELIZABETH M. HARRIS
Assistant United States Attorney
United States Attorney's Office
970 Broad Street – 7th Floor
Newark, New Jersey 07102