UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

DIEUSEUL JEAN

MAGISTRATE JUDGE: ___Mark Falk, U.S.M.J.___

MAGISTRATE NO.: ___13-3588___

DATE OF PROCEEDINGS: ___August 21, 2013___

DATE OF ARREST: _____

PROCEEDINGS: ___Extradition Hearing___

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD __ CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) OTHER  Gov't's request for Extradition to Canada is granted. A written opinion will be issued by the Court.

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.         DATE: _____
( ) DETENTION / BAIL HRG.               DATE: _____
( ) TRIAL: __ COURT __ JURY             DATE: _____
( ) SENTENCING                          DATE: _____
( ) OTHER: _____              DATE: _____

APPEARANCES:

AUSA ___Elizabeth Harris___

DEFT. COUNSEL ___Lorraine Gauli-Rufo___

PROBATION _____

INTERPRETER ___Raynold Abellard, sworn___
Language: (French Creole)

Time Commenced: 11:00 a.m.
Time Terminated: 11:28 a.m.
CD No: ECR

_Lorraine McNerney_
DEPUTY CLERK